UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1944
_____

In re: VISTEON CORPORATION, ET AL.

IUE-CWA, Industrial Division of Communications Workers
of America, AFL-CIO, CLC,
                                                    Appellant

On Appeal from the United States District Court
for the District of Delaware
No. 10-cv-00091
District Judge: Judge Michael M. Baylson (Specially Presiding)


Argued: May 28, 2010

Before: McKee, *Chief Judge*, Rendell & Stapleton, *Circuit Judges*

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Slip Opinion filed in this case on July 13,

2010, be amended as follows:

On page 2, Susan M. Jennick should be changed to Susan M.
Jennik;

On page 3, change "Pachulski, Stank Ziehl & Jones" to "Pachulski,
Stang Ziehl & Jones";

On page 3 add Mark M. Billion, Esq to the list of attorneys from
Pachulski, Stang Ziehl & Jones, also under this list of attorneys
change "*Attorneys for Appellee Visteon Corporation*", to *Attorneys
for Defendant-Appellee Visteon Corporation*.;

On page 3 change "*Attorneys Appellee Official Committee of
Unsecured Creditors*" to read "*Attorneys for Defendant- Appellee
Official Committee of Unsecured Creditors*" and

On page 13, change "Visteon appealed the bankruptcy court's

decision" to "The union appealed the bankruptcy court's decision"

BY THE COURT:

/s/ Chief Judge Theodore A. McKee
Circuit Judge

Dated: July 19, 2010
tmk/cc: Susan M. Jennik, Esq.
     Thomas M. Kennedy, I, Esq.
     Mark M, Billion, Esq.
     Andrew B. Bloomer, Esq.
     Patrick M. Bryan, Esq.
     Laura D. Jones, esq.
     Steven D. McCormick, Esq.
     James E. O'Neill, III, Esq.
     William P. Bowden, Esq.
     Howard L. Siegel, Esq.
     Robert J. Stark, Esq.
     Gregory A. Taylor, Esq.